# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROALSTON STEVENSON KINGSTON,** | : | **CIVIL NO. 1:17-CV-2286** |
| | : | |
| | : | **(Chief Judge Conner)** |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| **COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK,** | : | |
| | : | |
| Respondents | : | |

## **ORDER**

AND NOW, this 21st day of December, 2017, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania